JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS TULANDA,<br><br>  Petitioner<br><br>  v.<br><br>ROBERTO A. ARIAS,<br><br>  Respondent. | Case No. 2:24-cv-03997-CAS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 22, 2025

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE